UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELIZABETH RUSSO,

                           Plaintiff,                            JUDGMENT

  v.

                                                                        19-cv-606 (LDH)(PK)

UNITED STATES OF AMERICA,

                           Defendant.
-------------------------------------------------------------X

        An Order of the Honorable LaShann DeArcy Hall, United States District Judge having been filed on December 28, 2021, adopting the Report and Recommendation of Magistrate Judge Peggy Kuo, dated November 22, 2021, dismissing the complaint with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; it is

        ORDERED and ADJUDGED that the complaint is dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York                                       Douglas C. Palmer
       December 29, 2021                                        Clerk of Court

                                                             By:    */s/Jalitza Poveda*
                                                                     Deputy Clerk